IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Criminal Action No. 14-cr-00276-RBJ-1

UNITED STATES OF AMERICA,

v.

DARWIN GILBERT GOWEN

Defendant.

## ORDER SETTING TRIAL, DATES AND DEADLINES

This matter has been scheduled for a **four day jury trial** on the docket of Judge R. Brooke Jackson in the Alfred A. Arraj U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence **September 2, 2014 at 9:00 a.m.** It is

ORDERED that all pretrial motions shall be filed by **August 4, 2014** and responses to these motions shall be filed by **August 18, 2014.** It is further

ORDERED that counsel shall jointly contact Chambers by telephone at (303) 844-4694 or by email at Jackson_chambers@cod.uscourts.gov **within five days after filing of pre-trial motions** to set the case for Motions Hearing. It is further

ORDERED that a Trial Preparation Conference is scheduled for **August 21, 2014 at 8:30 a.m.** in Courtroom A902. Lead counsel who will try the case shall attend in person.

During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selection, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial.

For additional information, please review my practice standards located at

www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx.

If the parties reach a disposition, the Trial Preparation Conference may be converted to a Change of Plea Hearing. The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is 48 hours prior to the Change of Plea Hearing.

DATED this 21st day of July, 2014.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge